# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHANNON CARTER,

    Plaintiff(s),

v.

JAMES DZURENDA, et al.,

    Defendant(s).

Case No.: 2:17-cv-00206-APG-NJK

**ORDER**

[Docket No. 14]

    Pending before the Court is Plaintiff's motion to move the case to the discovery phase. Docket No. 14. It appears Plaintiff's motion crossed in the mail with the Court's scheduling order setting discovery deadlines. Docket No. 12. Accordingly, the motion is DENIED as moot.

    IT IS SO ORDERED.

    Dated: July 19, 2018

                                                Nancy J. Koppe
                                                United States Magistrate Judge