# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHANNON CARTER,

    Plaintiff(s),

v.

JAMES DZURENDA, et al.,

    Defendant(s).

Case No.: 2:17-cv-00206-APG-NJK

**ORDER**

[Docket No. 20]

    Pending before the Court is a motion to extend the discovery period. Docket No. 20. Any response from Defendants shall be filed by September 14, 2018.

    IT IS SO ORDERED.

    Dated: September 10, 2018

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge