# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHANNON CARTER,

    Plaintiff(s),

v.

JAMES DZURENDA, et al.,

    Defendant(s).

Case No.: 2:17-cv-00206-APG-NJK

**ORDER**

[Docket No. 22]

    Pending before the Court is Plaintiff's motion for deposition subpoenas. Docket No. 22. Defendants shall file a response by October 22, 2018.

    IT IS SO ORDERED.

    Dated: October 15, 2018

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge