1  AARON D. FORD
   Attorney General
2  MATTHEW P. FEELEY (Bar No. 13336)
   Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 East Washington Ave., #3900
   Las Vegas, Nevada 89101
5  (702) 486-3120 (phone)
   (702) 486-3773 (fax)
6  E-mail: mfeeley@ag.nv.gov

7  *Attorneys for Defendants*
   *James Dzurenda, Dwight Neven,*
8  *and Brian Williams*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| SHANNON CARTER,, | CASE NO. 2:17-cv-00206-APG-NJK |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| JAMES DZURENDA, et al., | |
| Defendants. | |

Plaintiff Shannon Carter *pro se*, and Defendants James Dzurenda, Dwight Neven, and Brian Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Matthew P. Feeley, Deputy Attorney General, hereby stipulate and agree to dismiss the above-captioned matter with prejudice. Each party will bear their own attorney fees and costs. This stipulation is made and based on a Settlement Agreement reached by the

///

///

///

parties. The parties further state that they have resolved this matter in its entirety, and that the Court may accordingly close the case.

DATED this ___ day of February, 2019.  DATED this 5 day of February, 2019.

AARON D. FORD
Attorney General

By: /s/ _____  By: /s/ _____
SHANNON CARTER                    MATTHEW P. FEELEY, ESQ.
*Pro Se* Plaintiff                Nevada Bar No. 13836
                                  555 E. Washington Avenue, Ste. 3900
                                  Las Vegas, Nevada 89101
                                  *Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.** The matter is DISMISSED WITH PREJUDICE, and the Clerk is directed to close the case.

_____
UNITED STATES DISTRICT JUDGE
Dated: February 5, 2019.